**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1698**

YASSIR MAHMOUDI,

                    Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  January 4, 2012          Decided:  January 10, 2012

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Chester L. Smith, Virginia Beach, Virginia, for Petitioner. Tony West, Assistant Attorney General, Linda S. Wernery, Assistant Director, Thankful T. Vanderstar, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yassir Mahmoudi, a native and citizen of Morocco, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's denial of his motion for a continuance. We have reviewed the record and find no abuse of discretion. See Lendo v. Gonzales, 493 F.3d 439, 441 (4th Cir. 2007) (setting forth standard of review). We further find that Mahmoudi cannot demonstrate a violation of his due process rights as he fails to show the requisite prejudice. See Anim v. Mukasey, 535 F.3d 243, 256 (4th Cir. 2008). Accordingly, we deny the petition for review substantially for the reasons stated by the Board. See In re: Mahmoudi (B.I.A. June 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED